UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO.:  1:22-cv-3839

DAVID NIGHTINGALE,

    Plaintiff,

v.

FISCALNOTE, INC. DBA CQ ROLL CALL,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff DAVID NIGHTINGALE by and through their undersigned counsel, brings this Complaint against Defendant FISCALNOTE, INC. DBA CQ ROLL CALL for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff DAVID NIGHTINGALE ("Nightingale") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Nightingale's original copyrighted Work of authorship.

2. Nightingale is an internationally acclaimed, award winning photographer and instructor, and the Creative Director of Chromasia Training Limited – a photographic and post-production training company that specializes in online photography and Photoshop training, and the delivery of high-quality workshops around the world. His clients include the Bahamas Ministry of Tourism, the Dubai International Financial Centre, the Arts Council in England, the Van Volxem winery in Germany, Sony UK, and Sony Middle East and Africa.  Nightengale is also an instructor at the Gulf Photo Plus training events in Dubai and runs his popular Art of

Black and White Photography online course on Udemy.  His photoblog – currently ranked as the 16th most influential UK blog – has received numerous nominations and awards, including Winner of the Most Popular Photoblog category in the 2008 Photoblog Awards, and Best European Photoblog in the 2007 Photoblog Awards. Nightengale has authored four books for the ILEX Press: Baby Photography Now (2007); Practical HDR: The Complete Guide to Creating High Dynamic Range Images with Your Digital SLR (2009 & 2012); Extreme Exposure: Advanced Techniques for Creative Digital Photography (2010); and Mastering Exposure (2015).

3.  Defendant FISCALNOTE, INC. DBA CQ ROLL CALL ("CQRC") is  an online news source that focuses on timely news, objective facts and analysis, and coverage of elections and the politics of legislation.   At all times relevant herein, CQRC owned and operated the internet website located at the URL https://rollcall.com/ (the "Website").

Nightingale alleges that CQRC copied Nightingale's copyrighted Work from the internet in order to advertise, market and promote its business activities.  CQRC committed the violations alleged in connection with CQRC's business for purposes of advertising and promoting sales to the public in the course and scope of the CQRC's business.

## JURISDICTION AND VENUE

5.  This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.  This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.  Defendant is subject to personal jurisdiction in District of Columbia.

8.  Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

9.        FiscalNote, Inc. dba CQ Roll Call is a  District of Columbia Corporation, with its principal place of business at 1201 Pennsylvania Avenue NW, 6th Floor, Washington, DC 20004, and can be served by serving its Registered Agent, FiscalNote, Inc., 1201 Pennsylvania Ave NW, Floor 6, Washington, DC 20004.

**THE COPYRIGHTED WORK AT ISSUE**

In 2011, Nightingale created the photograph entitled "Burj Khalifa 2011", which is shown below and referred to herein as the "Work".



Nightingale registered the Work with the Register of Copyrights on April 2, 2020 and was assigned the registration number VA 2-202-050.  The Certificate of Registration is attached hereto as Exhibit 1.

Nightingale's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Nightingale was the owner of the copyrighted Work at issue in this case.

### **INFRINGEMENT BY DEFENDANT**

14. CQRC has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, CQRC copied the Work.

16. On or about January 1, 2020, Nightingale discovered the unauthorized use of his Work on the Website. The Work was used as a large header image on the Website on a page found at the URL https://www.rollcall.com/sponsored-content/economic-partnership-uae-creates-jobs-opportunities, which is an article titled Economic Partnership with UAE Creates Jobs, New Opportunities for US Businesses.

17. CQRC copied Nightingale's copyrighted Work without Nightingale's permission.

18. After CQRC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

19. CQRC copied and distributed Nightingale's copyrighted Work in connection with CQRC's business for purposes of advertising and promoting CQRC's business, and in the course and scope of advertising and selling products and services.

20. Nightingale's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. CQRC committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Nightingale never gave CQRC permission or authority to copy, distribute or display the Work at issue in this case.

23. Nightingale notified CQRC of the allegations set forth herein on October 3, 2022 and October 25, 2022.  To date, CQRC has failed to respond to Plaintiff's Notices.

## COPYRIGHT INFRINGEMENT

24. Nightingale incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Nightingale owns a valid copyright in the Work at issue in this case.

26. Nightingale registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. CQRC copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Nightingale's authorization in violation of 17 U.S.C. § 501.

28. CQRC performed the acts alleged in the course and scope of its business activities.

29. CQRC's acts were willful.

30. Nightingale has been damaged.

31. The harm caused to Nightingale has been irreparable.

WHEREFORE, the Plaintiff David Nightingale prays for judgment against the Defendant FiscalNote, Inc. dba CQ Roll Call that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.  Defendant be required to pay Plaintiff their actual damages and CQRC's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

Plaintiff be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

d.  Plaintiff be awarded pre- and post-judgment interest; and

e.  Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: December 30, 2022                Respectfully submitted,

/s/Joseph A. Dunne
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff David Nightingale*